Dismissed and Memorandum Opinion filed May 27, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00965-CV

____________

 

DR. ROSS PARKS and DR. BRUCE STEIN, Appellants

 

V.

 

DIAMOND BEACH VP, LP, Appellee

 



 

On Appeal from the
269th District Court

Harris County,
Texas

Trial Court Cause
No. 2009-16807

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from final judgment signed December 4, 2009.  On May 19, 2010, the
parties filed a joint motion to dismiss the appeal because all issues have been
settled.  See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.